1-10441

FILED by AGN D.C.

JAN 24 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Steven M. Larimore
Wilkie D. Ferguson, Jr., US Courthouse
400 N MIAMI AVE RM 8N09
MIAMI, FL 33128-1807

USCA # 10-10441DD; 10-10446-DD; 10-10445-DD; 10-10449-DD)
USDC # 06 CV 20418; 06 CV 80334; 08 CV 60565; 09 CV 60259
Suntrust bank, et.al.

(16) Vols of Pldgs.
(12) Vols of transcripts
(3) Accordion folders.
(1) Envelope Containing Sealed DOCS